NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIE E. PEARSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3104

---

Petition for review of the Merit Systems Protection Board in case no. CH1221090692-W-1.

---

## ON MOTION

---

## ORDER

Julie E. Pearson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__APR 0 5 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Julie E. Pearson
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 5 2011

**JAN HORBALY**
**CLERK**